# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| LORA HIBDON and CATHY CASSIDY, on behalf of themselves and others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 4:18-cv-00897-DGK<br>) |
| APPLE BUS COMPANY, | )<br>) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Having considered the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 24), it is hereby ORDERED that Plaintiffs' claims against Defendant are DISMISSED WITH PREJUDICE. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Date:   October 29, 2019             /s/ Greg Kays
                                     GREG KAYS, JUDGE
                                     UNITED STATES DISTRICT COURT